**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 18-6439**

---

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

MICHAEL KENTA DAVIS,

          Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, Chief District Judge.  (7:07-cr-00086-D-1)

---

Submitted:  June 14, 2018                              Decided:  June 19, 2018

---

Before TRAXLER, DUNCAN, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Kenta Davis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Kenta Davis appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis*, No. 7:07-cr-00086-D-1 (E.D.N.C. Apr. 16, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*